IN THE __CIRCUIT__ COURT OF THE __FIRST__ JUDICIAL DISTRICT
OF HINDS, COUNTY, MISSISSIPPI

CURTIS ETHEL _____     PLAINTIFF

VS.                                                      NO. __251-10-000531-CIV__

WALGREEN COMPANY _____     DEFENDANT


I, BARBARA DUNN, CIRCUIT CLERK, OF THE CIRCUIT COURT

IN AND FOR THE SAID STATE AND COUNTY DO HEREBY CERTIFY THAT

THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL THE PAPERS

FILED IN THIS OFFICE IN THE ABOVE STYLED AND NUMBERED CAUSE,

AS OF THIS DATE THE SAME IS OF RECORD IN THIS OFFICE IN DOCKET

BOOK NO. __10__ PAGE NO. ____531__ TO WIT:


GIVEN UNDER MY HAND AND SEAL OF OFFICE THIS THE __23RD__

DAY OF __NOVEMBER__, __2010__.


**BARBARA DUNN, CIRCUIT CLERK**
HINDS COUNTY, MISSISSIPPI

BY _____ D.C.


**EXHIBIT**

" A "

CCKCTF1

HINDS COUNTY, MISSISSIPPI      1ST JUDICIAL DISTRICT

PAGE NO.  1        CIRCUIT COURT DOCKET INFORMATION FOR CASE 10-000531

FILED: 07/01/0010    CASE TYPE: COMPLAINT                    JUDGE: TOMIE T. GREEN

CURTIS ETHEL

VS

WALGREEN COMPANY

ATTORNEYS:        GRIFFIN CHARLES E.

07/01/10 PAYMENT                        SUMMONS ISSUED AND GIVEN ATTY                    1

## IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT
## HINDS COUNTY, MISSISSIPPI

ETHEL CURTIS                                                              PLAINTIFF

VS.                                            CIVIL ACTION NO.: _2SH0-531CW_

WALGREEN COMPANY
ABC COMPANIES and
JOHN DOES 1-10                                                         DEFENDANTS

**FILED**

JUL - 1 2010

BARBARA DUNN, CIRCUIT CLERK

BY_____ D.C.

## COMPLAINT

COMES NOW, the plaintiff, Ethel Curtis, through the undersigned counsel, and files this complaint for relief against Walgreen Company, ABC Companies and John Does 1-10 and for cause of action would state the following:

1.      That the plaintiff, Ethel Curtis, is a resident of Hinds County, Mississippi.

2.      That the defendant, Walgreen Company, is an Illinois corporation doing business in Hinds County, Mississippi.

3.      The plaintiff, Ethel Curtis, was prescribed medication by her family physician in 2008. She had her prescription filled at defendant's pharmacy located in Jackson, Hinds County, Mississippi.

4.      That instead of the prescribed medication, the prescription bottle was filled with another medication which the plaintiff ingested.

5.      That at said time and place, defendant Walgreen Company, by and through its agents, servants or employees, committed one or more of the following negligent acts or omissions:

a)      negligently and carelessly put the wrong medication, in her prescription bottle.

b)      negligently and carelessly failed to prepare and follow a physician's prescription.

6.      That as a direct sole and proximate result of the aforementioned negligence, the

plaintiff suffered damages including medical costs, expenses, pain and suffering, emotional distress and other damages to be shown at the trial of this matter.

Wherefore, the plaintiff, Ethel Curtis, demands judgment against the defendant, Walgreen Company, in an amount to be shown at the trial of this matter.

RESPECTFULLY SUBMITTED, this the __1st__ day of __July__ 2010.


ETHEL CURTIS

By:_____

CHARLES E. GRIFFIN, MSB 5015
HOWARD R. BROWN, MSB 10631


OF COUNSEL:

GRIFFIN & ASSOCIATES
125 S. Congress Street, Suite 1515
Post Office Box 968
Jackson, Mississippi 39205
Telephone: (601) 354-0603

# GRIFFIN & ASSOCIATES
## LAWYERS
125 South Congress Street, Suite 1515
Post Office Box 968
Jackson, MS 39205

Telephone (601) 354-0603

Facsimile (601) 354-0604
ceg@griffinlawyers.com

July 1, 2010

Ms. Barbara Dunn
Hinds Circuit and County Court Clerk
407 E. Pascagoula St.
P.O. Box 327
Jackson, Mississippi 39205

Re:   *Ethel Curtis v. Walgreen Company, et al.*

Dear Ms. Dunn:

Please find enclosed the following:

1.   The original and one copy of the plaintiffs' Complaint,
2.   A civil cover sheet,
3.   A check for the filing fee,
4.   The original and two copies of a summons for Walgreen Company.

Please prepare the summons and complaint for issuance and return them to me in the self-addressed postage prepaid envelope so that I can have them served. Should you need anything further, please call our office.

Very truly yours,

Howard Brown

HB:eg

Enclosures